UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**TODD MCELROY,**

                Plaintiff(s),

v.                               CASE NO.   2:23-cv-475

**CITY OF VIRGINIA BEACH,**

                Defendant(s),

JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2).

DATED:  March, 27, 2025

                                                      FERNANDO GALINDO, Clerk

                                                      By  /s/
                                                      E. Price, Deputy Clerk